CHRISTINE S. HWANG (SBN 184549)
SHAWN C. GROFF (SBN 248022)
LEONARD CARDER LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION; VICTOR UNO in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION; and DON CAMPBELL in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION, <br><br> Plaintiffs, <br> v. <br><br> CALIFORNIA ELECTRIC COMPANY, a California corporation, <br><br> Defendant. | Case No. C 09-04567 MMC <br><br> [PROPOSED] JUDGMENT PURSUANT TO STIPULATION |

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 771-6400    FAX (415) 771-7010

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 771-6400    FAX (415) 771-7010

1   Plaintiffs INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

2   LOCAL 595 ELECTRICAL TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE

3   CORPORATION; VICTOR UNO in his capacity as Trustee of the INTERNATIONAL

4   BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST

5   FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION; and

6   DON CAMPBELL in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD

7   OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer

8   of the ELECTRICAL INDUSTRY SERVICE CORPORATION (collectively "Plaintiffs"),

9   on the one hand, and Defendant CALIFORNIA ELECTRIC COMPANY, a California

10  corporation, a California corporation ("Defendant"), on the other hand, having stipulated

11  and agreed that judgment may be taken and had against Defendant as agreed and stipulated

12  to in that certain Stipulation for Entry Judgment.

13      THEREFORE,

14      Let judgment be entered in favor of Plaintiffs INTERNATIONAL

15  BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST

16  FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION; VICTOR UNO in his

17  capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL

18  WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the

19  ELECTRICAL INDUSTRY SERVICE CORPORATION; and DON CAMPBELL in his

20  capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL

21  WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the

22  ELECTRICAL INDUSTRY SERVICE CORPORATION, and against Defendant

CALIFONIA ELECTRIC COMPANY, a California corporation, in the sum of

$$$234,767.62.

Dated: March 10, 2010 _____  By: _____
UNITED STATES DISTRICT COURT
JUDGE MAXINE C. CHESNEY

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 771-6400    FAX (415) 771-7010