CHRISTINE S. HWANG (SBN 184549)
SHAWN C. GROFF (SBN 248022)
LEONARD CARDER LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION; VICTOR UNO in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION; and DON CAMPBELL in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION,<br><br>Plaintiffs,<br>v.<br><br>CALIFORNIA ELECTRIC COMPANY, a California corporation,<br><br>Defendant. | Case No. C 09-04567 MMC<br><br>[~~PROPOSED~~] JUDGMENT PURSUANT TO STIPULATION |

1
[PROPOSED] JUDGMENT PURSUANT TO STIPULATION
Case No. C 09-04567 MMC

Plaintiffs INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION; VICTOR UNO in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION; and DON CAMPBELL in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION (collectively "Plaintiffs"), on the one hand, and Defendant CALIFORNIA ELECTRIC COMPANY, a California corporation, a California corporation ("Defendant"), on the other hand, having stipulated and agreed that judgment may be taken and had against Defendant as agreed and stipulated to in that certain Stipulation for Entry Judgment.

THEREFORE,

Let judgment be entered in favor of Plaintiffs INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION; VICTOR UNO in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION; and DON CAMPBELL in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION, and against Defendant

1  CALIFONIA ELECTRIC COMPANY, a California corporation, in the sum of
2  $$234,767.62.
3
4
5
6  Dated: March 10, 2010          By: /s/ Maxine M. Chesney
7                                     UNITED STATES DISTRICT COURT
                                      JUDGE MAXINE C. CHESNEY

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TELEPHONE: (415) 771-6400    FAX (415) 771-7010